GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

TRENTON J. VAN OSS (*pro hac vice*)
tvanoss@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    (202) 955-8500
Facsimile:    (202) 467-0539

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.
(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-04680-WHO<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO DOE PLAINTIFFS' MOTION TO CONSOLIDATE**<br><br>Action Filed:  August 15, 2022<br><br>Honorable Judge William H. Orrick |

On August 30, 2022, Plaintiffs filed a motion to consolidate this case with two other related cases: *John Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580, and *Jane Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-04293-WHO. Dkt. 21. Plaintiffs argue these cases should be consolidated under Rule 42(a) because all three actions are based upon similar facts and legal theories, and Meta Platforms, Inc. ("Meta") is a defendant in each case. *Id.*

Given the overlapping factual allegations and legal theories in these cases, Meta does not oppose consolidation of this case with *John Doe* and *Jane Doe*. Consolidation of these actions would promote judicial efficiency and prevent inconsistent results. Fed. R. Civ. P. 42(a). Meta notes, however, that one of the cases (*Jane Doe*) also names UCSF Medical Center and Dignity Health Medical Foundation as defendants, and Meta's interests may be distinct from those of the healthcare defendants.

Dated: September 13, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
     Lauren Goldman

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
     Michael G. Rhodes

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

# PROOF OF SERVICE

I, Kelly Ding, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105, in said County and State. On September 13, 2022, I served the following document(s):

**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO DOE PLAINTIFFS' MOTION TO CONSOLIDATE**

On the parties stated below:

**COHEN MILSTEIN SELLERS & TOLL PLLC**
GEOFFREY GRABER (SBN 211547)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ERIC KAFKA (*pro hac vice* forthcoming)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

**BRENT & FIOL, LLP**
JOSEPH P. BRENT (SBN 214459)
MICHAEL KIPP MUELLER (SBN 299984)
117 E. Colorado Blvd, Suite 465
Pasadena, CA 91105
Telephone: (626) 240-4850
Facsimile: (415) 373-4420
jbrent@brentfiol.com
kmueller@brentfiol.com

*Attorneys for Plaintiff Doe* (Case No. 3:22-cv-04680)

By the following means of service:

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

On the parties stated below:

**KIESEL LAW LLP**
Paul R. Kiesel
kiesel@kiesel.law
Jeffrey A. Koncius
koncius@kiesel.law
Nicole Ramirez
ramirez@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes
jaybarnes@simmonsfirm.com
An Truong
atruong@simmonsfirm.com
Eric Johnson
ejohnson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949

**GORNY DANDURAND, LC**
Stephen M. Gorny
steve@gornylawfirm.com
4330 Belleview Avenue, Suite 200
Kansas City, MO 64111
Tel.: 816-756-5071
Fax: 816-756-5067

**THE SIMON LAW FIRM, P.C.**
Amy Gunn
agunn@simonlawpc.com
800 Market St., Ste. 1700
St. Louis, MO 63101
Tel.: 314-241-2929
Fax: 314-241-2029

*Attorneys for Plaintiff John Doe* (Case No. 3:22-cv-03580)

**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
James M. Wagstaffe (95535)
wagstaffe@wvbrlaw.com
Frank Busch (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Tel: (415) 357-8900
Fax: (415) 357-8910

**LABATON SUCHAROW LLP**
Carol C. Villegas
cvillegas@labaton.com
Michael P. Canty
mcanty@labaton.com
Melissa H. Nafash
mnafash@labaton.com
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

**LOWEY DANNENBERG, P.C.**
Christian Levis
clevis@lowey.com
Amanda Fiorilla
afiorilla@lowey.com
Rachel Kesten
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Attorneys for Plaintiff Jane Doe* (Case No. 3:22-cv-04293)

By the following means of service:

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, I caused the documents to be sent to the persons at the electronic service addresses listed above.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2022

                                           */s/ Kelly Ding*
                                           Kelly Ding